# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| MATTHEW HYND, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:19-cv-67 |
| v. | * | |
| THE GEO GROUP, INC., et al., | * | |
| Defendants. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 5. Plaintiff did not file Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation. The Court **DISMISSES** Plaintiff's Complaint for failure to state a claim, **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and **CLOSE** this case, and **DENIES** Plaintiff leave to appeal *in forma pauperis*.

SO ORDERED, this 11 day of October, 2019.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)